

FILED
9/23/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
JKS

**1:25-cr-00589**
**Judge Steven C. Seeger**
**Magistrate Judge Keri L. Holleb Hotaling**
**Cat. 4**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 25 CR 589 |
| v. | Violation: Title 18, United States Code, Section 505 |
| WALTER BRZOWSKI | |

## COUNT ONE

The SPECIAL MAY 2024 GRAND JURY charges:

On or about August 11, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

WALTER BRZOWSKI,

defendant herein, did knowingly forge the signature of Judge Rebecca R. Pallmeyer, a judge of the United States District Court for the Northern District of Illinois, for the purpose of authenticating a document before said Court, to wit, an Executive Committee Order, and tender into evidence in the Northern District of Illinois in Case Number 07-CV-5613, Docket Entry 181, said Executive Committee Order bearing the forged signature of Judge Rebecca R. Pallmeyer, knowing such signature to be false;

In violation of Title 18, United States Code, Section 505.

## COUNT TWO

The SPECIAL MAY 2024 GRAND JURY further charges:

On or about September 18, 2024, at Chicago, in the Northern District of Illinois, Eastern Division,

### WALTER BRZOWSKI,

defendant herein, did knowingly forge the signature of Judge Rebecca R. Pallmeyer, a judge of the United States District Court for the Northern District of Illinois, for the purpose of authenticating a document before said Court, to wit, an Executive Committee Order, and tender into evidence in the Northern District of Illinois in Case Number 07-CV-5613, Docket Entry 186, said Executive Committee Order bearing the forged signature of Judge Rebecca R. Pallmeyer, knowing such signature to be false;

In violation of Title 18, United States Code, Section 505.

## COUNT THREE

The SPECIAL MAY 2024 GRAND JURY further charges:

On or about February 3, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

### WALTER BRZOWSKI,

defendant herein, did knowingly forge the signature of Judge Rebecca R. Pallmeyer, a judge of the United States District Court for the Northern District of Illinois, for the purpose of authenticating a document before said Court, to wit, an Executive Committee Order, and tender into evidence in the Northern District of Illinois in Case Number 07-CV-5613, Docket Entry 196, said Executive Committee Order bearing the forged signature of Judge Rebecca R. Pallmeyer, knowing such signature to be false;

In violation of Title 18, United States Code, Section 505.

## COUNT FOUR

The SPECIAL MAY 2024 GRAND JURY further charges:

On or about March 20, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

WALTER BRZOWSKI,

defendant herein, did knowingly forge the signature of Judge Virginia M. Kendall, a judge of the United States District Court for the Northern District of Illinois, for the purpose of authenticating a document before said Court, to wit, a Turnover Order, and tender into evidence in the Northern District of Illinois in Case Number 07-CV-5613, Docket Entry 203, said Turnover Order bearing the forged signature of Judge Virginia M. Kendall, knowing such signature to be false;

In violation of Title 18, United States Code, Section 505.

## COUNT FIVE

The SPECIAL MAY 2024 GRAND JURY further charges:

On or about March 24, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

### WALTER BRZOWSKI,

defendant herein, did knowingly forge the signature of Judge Rebecca R. Pallmeyer, a judge of the United States District Court for the Northern District of Illinois, for the purpose of authenticating a document before said Court, to wit, an Executive Committee Order, and tender into evidence in the Northern District of Illinois in Case Number 07-CV-5613, Docket Entry 204, said Executive Committee Order bearing the forged signature of Judge Rebecca R. Pallmeyer, knowing such signature to be false;

In violation of Title 18, United States Code, Section 505.

## COUNT SIX

The SPECIAL MAY 2024 GRAND JURY further charges:

On or about March 24, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

WALTER BRZOWSKI,

defendant herein, did knowingly forge the signature of Judge Rebecca R. Pallmeyer, a judge of the United States District Court for the Northern District of Illinois, for the purpose of authenticating a document before said Court, to wit, an Executive Committee Order, and tender into evidence in the Northern District of Illinois in Case Number 07-CV-5613, Docket Entry 205, said Executive Committee Order bearing the forged signature of Judge Rebecca R. Pallmeyer, knowing such signature to be false;

In violation of Title 18, United States Code, Section 505.

## <u>COUNT SEVEN</u>

The SPECIAL MAY 2024 GRAND JURY further charges:

On or about May 20, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

### WALTER BRZOWSKI,

defendant herein, did knowingly forge the signature of Judge Rebecca R. Pallmeyer, a judge of the United States District Court for the Northern District of Illinois, for the purpose of authenticating a document before said Court, to wit, an Executive Committee Order, and tender into evidence in the Northern District of Illinois in Case Number 07-CV-5613, Docket Entry 219, said Executive Committee Order bearing the forged signature of Judge Rebecca R. Pallmeyer, knowing such signature to be false;

In violation of Title 18, United States Code, Section 505.

## COUNT EIGHT

The SPECIAL MAY 2024 GRAND JURY further charges:

On or about May 20, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

WALTER BRZOWSKI,

defendant herein, did knowingly forge the signature of Judge Rebecca R. Pallmeyer, a judge of the United States District Court for the Northern District of Illinois, for the purpose of authenticating a document before said Court, to wit, an Executive Committee Order, and tender into evidence in the Northern District of Illinois in Case Number 07-CV-5613, Docket Entry 221, said Executive Committee Order bearing the forged signature of Judge Rebecca R. Pallmeyer, knowing such signature to be false;

In violation of Title 18, United States Code, Section 505.

## COUNT NINE

The SPECIAL MAY 2024 GRAND JURY further charges:

On or about June 4, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

WALTER BRZOWSKI,

defendant herein, did knowingly forge the signature of Judge Rebecca R. Pallmeyer, a judge of the United States District Court for the Northern District of Illinois, for the purpose of authenticating a document before said Court, to wit, an Executive Committee Order, and tender into evidence in the Northern District of Illinois in Case Number 07-CV-5613, Docket Entry 223, said Executive Committee Order bearing the forged signature of Judge Rebecca R. Pallmeyer, knowing such signature to be false;

In violation of Title 18, United States Code, Section 505.

## COUNT TEN

The SPECIAL MAY 2024 GRAND JURY further charges:

On or about June 12, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

### WALTER BRZOWSKI,

defendant herein, did knowingly forge the signature of Judge Rebecca R. Pallmeyer, a judge of the United States District Court for the Northern District of Illinois, for the purpose of authenticating a document before said Court, to wit, an Executive Committee Order, and tender into evidence in the Northern District of Illinois in Case Number 07-CV-5613, Docket Entry 224, said Executive Committee Order bearing the forged signature of Judge Rebecca R. Pallmeyer, knowing such signature to be false;

In violation of Title 18, United States Code, Section 505.

## COUNT ELEVEN

The SPECIAL MAY 2024 GRAND JURY further charges:

On or about July 22, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

WALTER BRZOWSKI,

defendant herein, did knowingly forge the signature of Judge Rebecca R. Pallmeyer, a judge of the United States District Court for the Northern District of Illinois, for the purpose of authenticating a document before said Court, to wit, an Executive Committee Order, and tender into evidence in the Northern District of Illinois in Case Number 07-CV-5613, Docket Entry 227, said Executive Committee Order bearing the forged signature of Judge Rebecca R. Pallmeyer, knowing such signature to be false;

In violation of Title 18, United States Code, Section 505.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY