**DESIGNATION OF A UNITED STATES DISTRICT JUDGE**
**FOR SERVICE WITHIN THE CIRCUIT**

---

I designate and assign the Honorable Philip P. Simon of the Northern District of Indiana

to perform the duties of district judge in the United States District Court for the Northern District

of Illinois in the matter of *USA v. Brzowski,* 25-cr-589, for such time as may be required to

complete unfinished business. 28 U.S.C. § 292(b).


Michael B. Brennan, Chief Judge
United States Court of Appeals
for the Seventh Circuit

Dated: October 29, 2025